# In the United States District Court
## For the District of Columbia

| | |
|---|---|
| SIGNET PARTNERS, A CORPORATION<br>7400 E. Crestline Cr.<br>Suite 150<br>Greenwood Village, CO 80111<br><br>     Plaintiff,<br><br>     v.<br><br>SYSTEMS, SERVICES, and DESIGN, INC.<br>1010 Vermont Ave., S.W.<br>Suite 400<br>Washington, DC  20005<br><br>     and<br><br>Stan Murphy<br>9602 Merikem Ln.<br>Upper Marlboro, MD  20774-6013<br>301-499-6774<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT ON AGREEMENT AND PERSONAL NOTE**

**PARTIES**

1. Plaintiff, Signet Partners, is and at all relevant times was a corporation incorporated under the laws of the State of Colorado having its principal place of business in Greenwood Village, Colorado.

2. Defendant, Systems, Services and Design, Inc. ("SSD"), is and at all relevant times was a District of Columbia corporation with its principal place of business in Washington, D.C.

1

3. Defendant, Stan Murphy, is an individual who is and at all relevant times was the CEO of SSD. Stan Murphy currently resides at 9602 Merikem Ln., Upper Marlboro, Maryland and is a citizen of the State of Maryland.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332; there is complete diversity of the parties and the amount in controversy exceeds $75,000.

5. Venue lies with this Court pursuant to 28 U.S.C. §1391(a)(2) and (3).

## GENERAL FACTUAL ALLEGATIONS

6. Plaintiff and Defendants entered into an agreement whereby Signet Partners would serve as a subcontractor under SSD for the awarded HUD Loan Sales Contract (# C-OPC-22909; MHLS 2005-3 & 2006-1). Pursuant to the parties' agreement, SSD was required to pay Signet Partners its' share of fees and expenses upon receipt of payment from HUD ("the Agreement").

7. On January 6, 2006, SSD billed HUD for the amount of $812,952.68 which amount reflected all the fees and expenses of Signet Partners, SSD, and another subcontractor.

8. Sometime in February 2006, SSD received payment in the full amount of $812,952.68 from HUD. This payment included $354,120.81 representing the amount of fees and expenses due Signet pursuant to the Agreement. However, SSD, in breach of the Agreement, failed to make the required payment to Signet.

9. On or about March 10, 2006, SSD acknowledged its debt to Signet and promised to pay the amount due no later than April 10, 2006.

10. On April 5, 2006 SSD paid Signet $100,000 and an additional $3850 on April 7, 2006, leaving a balance due of $250,270.81.

11. On or about April 14, 2006, Defendants again acknowledged the past due obligation of over $250,000, and agreed that Defendant Stan Murphy would provide Plaintiff with a "Personal Note" personally guaranteeing the payment of the past due balance and indicating that he was working to pay the balance in full by "next week." A copy of the Personal Note which Defendant Murphy provided is attached hereto as Exhibit A.

12. Contrary to the Personal Note, Defendants did not pay the balance in full by the "next week." Instead, on April 17, 2006, SSD paid Signet only an additional $100,000, leaving a balance of $150,270.81.

13. On May 18, 2006, Stan Murphy sent an email to Steve Weiner, principal of Signet Partners. In that email, Stan Murphy again acknowledged the outstanding obligation of approximately $150,000 and stated: "I feel confident that I will have your $150K by 26 May 06." A copy of this email is attached hereto as Exhibit B.

14. Notwithstanding their repeated assurances, Defendants, in default of their obligations under the Personal Note and the Agreement, have failed to make any further payments to Plaintiff.

15. Defendants owe Plaintiff principal in the amount of $150,270.81.

WHEREFORE, Plaintiff demands judgment against Defendants for the sum of $150,270.81 plus interest and attorney's fees.

Respectfully submitted,

/s/ G. David Fensterheim
G. David Fensterheim
DC Bar # 358223
Fensterheim & Bean, P.C.
1250 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20036
202-419-1510
Attorney for Plaintiff

4