#/5



April 14, 2006

To:    Steve Weiner

From:   Stan Murphy

Dear Steve

This is a personal note to you to indicate that you will have your funds as soon as possible. The first $100,000.00 will be wired to your account after 2pm today or sometimes this weekend. I am working to provide you the remaining funds ~$150,000.00 next week.

Yours truly

Stan Murphy – President/CEO
Systems, Services & Designs, Inc.
1010 Vermont Avenue, NW, Suite 400
Washington, DC 20005



Systems, Services & Designs, Inc.
1010 Vermont Avenue NW #400
Washington, DC 20005
Phone: 202.393.5990 FAX: 202.393.5989