**Andrew Ra**

| | |
|---|---|
| **From:** | sweiner@signetpartners.com |
| **Sent:** | Thursday, May 18, 2006 5:02 PM |
| **To:** | 'Stanley Murphy' |
| **Cc:** | 'Mandel, Steven'; 'David Fensterheim' |
| **Subject:** | RE: $150,000K Payment |

Stan:
I too am disappointed.  I am forwarding your e-mail to our attorney and banker (who is out
of town).  I will get back to you as soon as possible so we can hopefully keep things from
digressing further.  Steve

-----Original Message-----
From: Stanley Murphy [mailto:ssdl_inc@msn.com]
Sent: Thursday, May 18, 2006 10:41 AM
To: sweiner@signetpartners.com
Subject: $150,000K Payment

Dear Steve

It is truly a dissappointment that things have gone as far as they have.  I
expected to have your funds in hand before now.  As I told you and Jerry, I
have been working on the finances for a lot of reasons.  I now have banking
instruments in the Bank of America in Houston, TX.  I am working on drawing
down on those instruments and will have capital in a couple of days.  Would
you be willing for me to assign funds from the Letter of Credit to your
bank?  If not, what payment plan would fit with your needs?  In any case, I
feel confident that I will have your $150K by 26May06.

Yours truly
Stan Murphy



1