# AFFIDAVIT OF PROCESS SERVER

**United States District Court Court**          **District Of Columbia**

**Signet Partners**

    Plaintiff

vs.

**Systems, Services, and Design, Inc.**

    Defendant

Attorney:

Fensterheim & Bean
1250 Connecticut Ave., NW, #700
Washington, DC. 20036

**Case Number:** 1:06CV00979

**Court Date:**
**Court Time:**

Legal documents received by Same Day Process Service on **May 26th, 2006 at 10:30 AM** to be served upon **Stan Murphy at 9602 Merikem Ln., Upper Marlboro, MD. 20744**

I, B. Tony Snesko, swear and affirm that on **May 26th, 2006 at 1:55 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case, Complaint** at the within named person's usual place of residence, to a person residing therein who is at least 15 years of age or older to wit: **Tom Booth, Father-in-Law & Co-Tenant** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 65   Height: 5'9"   Weight: 165   Skin Color: Black   Hair Color: Black/Gray   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

*B. Tony Snesko*
**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000531

Copyright 2005 Process Server Central, LLC. All rights reserved.