# AFFIDAVIT OF PROCESS SERVER

**United States District Court Court**  **District Of Columbia**

**Signet Partners**

    Plaintiff

vs.

**Systems, Services, and Design, Inc.**

    Defendant

Attorney:

Fensterheim & Bean
1250 Connecticut Ave., NW, #700
Washington, DC. 20036

**Case Number:** 1:06CV00979

**Court Date:**
**Court Time:**

Legal documents received by Same Day Process Service on May 26th, 2006 at 10:30 AM to be served upon **Systems, Services, & Design, Inc. at 1010 Vermont Ave., NW, Suite 400, Washington, DC. 20005**

I, B. Tony Snesko, swear and affirm that on **May 26th, 2006 at 3:30 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case, Complaint** to **Lisa Williams** as **Office Manager/Authorized Agent** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5"6"   Weight: 165   Skin Color: Black   Hair Color: Black   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_B. Tony Snesko_
**B. Tony Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000532

Copyright 2005 Process Server Central, LLC. All rights reserved.