CO-386-online
10/03

# United States District Court
# For the District of Columbia

SIGNET PARTNERS, A CORPORATION )
)
)
)
vs    Plaintiff )   Civil Action No. 1:06-cv-00979
)
Systems, Services, and Design, INC., )
and Stan Murphy )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __SIGNET PARTNERS__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __SIGNET PARTNERS__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

358223
BAR IDENTIFICATION NO.

G. David Fensterheim
Print Name

1250 Connecticut Ave., NW, Suite 700
Address

Washington DC        20036
City       State     Zip Code

202-419-1510
Phone Number