CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SIGNET PARTNERS, A CORPORATION )
)
vs. )    Civil Action No. 1:06-cv-00979GK
SYSTEM, SERVICES, AND DESIGN, INC. )
AND )
STAN MURPHY )

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __20__ day of __June__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __System, Services, and Design, INC. and Stan Murphy__ was [were]: [personally served with process on __May 26, 2006 by Same Day Process Service__
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired]; [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ G. David Fensterheim
Attorney for Plaintiff(s) [signature]
1250 Connecticut Ave.N.W.  Suite 700
Washington, D.C. 20036
202-419-1510

358223
Bar Id. Number

Address and Telephone Number