Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SIGNED PARTNERS, A CORPORATION
_____

Plaintiff(s)

Civil Action No.  06-979 (GK)

V.


SYSTEMS, SERVICES AND DESIGNS, INC.,
et al.
_____

Defendant(s)


RE:  SYSTEMS, SERVICES AND DESIGNS, INC.


## DEFAULT


It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint     on          May 26, 2006          , and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of _____June_____, 2006 declared that defendant(s) is/are in default.


NANCY MAYER-WHITTINGTON, Clerk


By: _____
                Deputy Clerk