Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SIGNED PARTNERS, A CORPORATION**

Plaintiff(s)

V.

**SYSTEMS, SERVICES AND DESIGNS, INC.,** et al.

Defendant(s)

Civil Action No. 06-979 (GK)

RE: STAN MURPHY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 26, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 21st day of June, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk