# United States District Court
## For the District of Columbia

| | |
|---|---|
| SIGNET PARTNERS,<br>A CORPORATION<br><br>    Plaintiff.<br><br>v.<br><br>SYSTEMS, SERVICES, and DESIGN, INC<br><br>    and<br><br>STAN MURPHY<br><br>    Defendants. | )<br>)<br>)<br>)<br>)    Civil Action No. 1:06-cv-00979 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **Motion for Default Judgment**

Plaintiff, by its undersigned counsel, hereby respectfully requests the court to enter a default judgment and in support of this request, plaintiff states as follows:

1. The Complaint in the above described case was filed on the 26th day of May, 2006.

2. Service of a copy of Summons and Complaint in this case was made by private process service on both defendants, Systems, Services and Design, INC. and Stan Murphy on the 26th day of May, 2006.

3. The Return of Service for defendants was filed with this court on the 8th day of June, 2006.

4. The defendants, Systems, Services and Design, INC. and Stan Murphy had 20 days from the date of service until June 15th, 2006 to file an Answer or other responsive pleading to the Complaint and have failed to do so.

5. An Affidavit for Default was filed on the 20th day of June, 2006.

6. Plaintiff's counsel has had multiple conversations with counsel (as recently as Monday, June 19th, 2006) for defendants, Dana Stebbins, Esq., who acknowledged her awareness of the Complaint and the deadline for filing an Answer.

7. Defendants in this case were declared in default by the Clerk of this court on the 21st day of June, 2006.

Plaintiff requests the court to enter judgment for the following damages, costs and Fees, plus judgment interest as provided by law under 28 U.S.C. § 1961:

| | |
|---|---|
| Damages: | $150,270.81 |
| Filing fee: | $350.00 |
| Service fee: | $170.00 |
| Total Judgment: | $150,790.81, plus interest |

Respectfully Submitted,

/s/ G. David Fensterheim
Bar ID# 358223
Fensterheim & Bean, PC
1250 Connecticut Ave., N.W.
Suite 700
Washington D.C. 20036

Counsel for Plaintiff

# Certificate of Service

I HEREBY CERTIFY that on this 22nd day of June, 2006, a true and accurate copy of the foregoing Motion for Default Judgment was served by first class mail upon Systems, Services, and Design, INC., Stan Murphy, and Dana Stebbins, Esq.


/s/ G. David Fensterheim

cc.

**VIA FIRST CLASS MAIL**

Systems, Services, and Design, INC.
1010 Vermont Ave., S.W.
Suite 400
Washington, DC 20005

    and

Stan Murphy
9602 Merikem Ln.
Upper Marlboro, MD 20774
301-499-6774

    and

Dana B. Stebbins, Esq.
1350 Connecticut Ave., NW #1200
Washington, DC 20036
202-861-1970